IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LARRY MARSHALL, JR.                          PLAINTIFF
#18240

v.                  No: 3:22-cv-273-DPM-ERE

JONATHAN BROWN, Correctional Officer,
Mississippi County Detention Center;
MISSISSIPPI COUNTY
SHERIFF'S DEPARTMENT; and
MISSISSIPPI COUNTY
DETENTION CENTER                             DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 8*. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Marshall's supplement, *Doc. 9*, didn't include any objections to the recommendation. His claims against the Mississippi County Sheriff's Department and the Mississippi County Detention Center are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 January 2023