## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LARRY MARSHALL, JR.**                                          **PLAINTIFF**
**#18240**

**V.**                         **NO. 3:22-cv-273-DPM-ERE**

**JONATHAN BROWN**, *et al.*                              **DEFENDANTS**

### ORDER

Service has been returned unexecuted for Defendant Jonathan Brown. *Doc. 11.* It is unclear, however, whether Defendant Brown is a current or former employee of the Mississippi County Detention Center ("Detention Center").

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court shall mail a copy of this Order to the Administrator of the Mississippi County Detention Center, 685 NCR 599, Luxora, Arkansas 72358.

2. Within 30 days, the current Detention Center Administrator shall notify the Court: (1) whether Defendant Brown is a current employee of the Detention Center and, if so, may be served through the Detention Center; or (2) whether Defendant Brown is a former Detention Center employee and, if so, file, under seal, the last-known address of Defendant Brown.

IT IS SO ORDERED this 25th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE