# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LARRY MARSHALL, JR.**                                        **PLAINTIFF**
**#18240**

**V.**                         **NO. 3:22-cv-273-DPM-ERE**

**JONATHAN BROWN**                                      **DEFENDANT**

## ORDER

A summons was returned unexecuted for Defendant Jonathan Brown. *Doc. 11*. The Administrator for the Mississippi County Detention Center has provided Defendant Brown's last-known address to the Court under seal. *Doc. 13*.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare a new summons for Defendant Jonathan Brown.

2. The United States Marshal is directed to serve the reissued summons, the complaint, including all supplements, (*Docs. 2, 6, 9*), and this Order on Defendant Brown at his last-known address, provided under seal, without prepayment of fees or costs. Importantly, Defendant Brown's private mailing address must be *redacted* from the return of service and from any other public portion of the record.

Dated this 27th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE