# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**LARRY MARSHALL, JR.**                                                                    **PLAINTIFF**
**#18240**

V.                          NO. 3:22-cv-273-DPM-ERE

**JONATHAN BROWN,** *et al.*                                            **DEFENDANTS**

## ORDER

On March 27, 2023, mail sent to Plaintiff Larry Marshall, Jr. from the Court was returned as undeliverable. *Doc. 15.*

Mr. Marshall has failed to inform the Court of his current address, as required by this Court's Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Marshall regarding this lawsuit.

If Mr. Marshall wants to pursue this case, he must notify the Court of his current address within 30 days. Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

IT IS SO ORDERED this 28th day of March, 2023.

                                                                    _____
                                                            UNITED STATES MAGISTRATE JUDGE