IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LARRY MARSHALL, JR. #18240                            PLAINTIFF

v.                  No. 3:22-cv-273-DPM

JONATHAN BROWN,
Correctional Officer, Mississippi
County Detention Center                         DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Marshall has not updated his address with the Clerk; and the time to do so has passed. *Doc. 17.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 May 2023