IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LARRY MARSHALL, JR.                                                         PLAINTIFF
#18240

v.                              No. 3:22-cv-273-DPM

JONATHAN BROWN, Correctional
Officer, Mississippi County
Detention Center; MISSISSIPPI
COUNTY SHERIFF'S DEPARTMENT;
and MISSISSIPPI COUNTY
DETENTION CENTER                                                          DEFENDANTS

## JUDGMENT

Marshall's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 May 2023